IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD., a Delaware Corporation, | ) ) ) | Civil Action No. _____ 04-20847 |
| Plaintiff, | ) ) ) | CIV-HOEVELER |
| v. | ) ) | |
| THE NAKED TRUTH, II, INC. an administratively dissolved Florida Corporation, d/b/a ANGEL'S ADULT ENTERTAINMENT; and MICHAEL BILOTTI, Individually, d/b/a ANGEL'S ADULT ENTERTAINMENT, | ) ) ) ) ) ) ) ) | |
| _____ | ) | |

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case:

> Michael L. Metzner, Esq.
> Michael L. Metzner, P.A.
> 1515 S. Federal Highway
> Suite 211
> Boca Raton, FL 33432

2) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

> None.

3) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

> None.

APR 1 3 2004

Rec'd in MIA Dkt _____

dockets.Justia.com

KV v. Angel's Adult Entertainment
Case No.: _____
Certificate of Interested Persons/Corporate Disclosure Statement

4)    the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      KingVision Pay-Per-View Corp., Ltd.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on the learning of any such conflict.

Dated: 3/31/04            By: _____
                                           Michael L. Metzner, Esq.
                                           MICHAEL L. METZNER, P.A.
                                           Florida Bar No.: 0032750
                                           1515 S. Federal Highway
                                           Suite 211
                                           Boca Raton, FL 33432
                                           Telephone: (561) 482-3636
                                           Facsimile: (561) 482-5414

                                           Attorney for Plaintiff, KINGVISION PAY-PER-VIEW CORP., LTD.

F:\Susanne\OC\Corporate Disclosures\Angels.wpd