AO 440 (Rev. 10/2002) Summons in a Civil Case

## UNITED STATES DISTRICT COURT

### Southern District of Florida



**04-20847**

**CIV-HOEVELER**

Case Number: _____

KINGVISION PAY-PER-VIEW,
CORP., LTD., a Delaware
Corporation,

      Plaintiff,

v.

THE NAKED TRUTH, II, INC.,
an administratively dissolved
Florida Corporation, d/b/a
ANGEL'S ADULT ENTERTAINMENT,
et al.

      Defendants.

### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

MICHAEL BILLOTI, Individually, d/b/a
ANGEL'S ADULT ENTERTAINMENT
14813 W. Dixie Highway
North Miami, FL  33181

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MICHAEL L. METZNER, ESQ.
MICHAEL L. METZNER, P.A.
1515 S. FEDERAL HIGHWAY
SUITE 211
BOCA RATON, FL  33432

APR 13 2004

Rec'd in MIA Dkt _____

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against
you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

**Clarence Maddox**

CLERK

APR 0 9 2004

DATE

_____
(BY) DEPUTY CLERK

3/6

Dockets.Justia.com

AO 440 (Rev. 10/2002) Summons in a Civil Case (Reverse)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

_____

_____

☐ Other (*specify*): _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
           Date                             Signature of Server

                                           _____
                                           Address of Server

_____

(1)      As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.