AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

**04-20847**

Case Number: _____ **CIV-HOEVELER**

KINGVISION PAY-PER-VIEW,
CORP., LTD., a Delaware
Corporation,

      Plaintiff,

v.

THE NAKED TRUTH, II, INC.,
an administratively dissolved
Florida Corporation, d/b/a
ANGEL'S ADULT ENTERTAINMENT,
et al.

      Defendants.

**KLEIN**

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

THE NAKED TRUTH II, INC., an
administratively dissolved Florida Corporation,
d/b/a ANGEL'S ADULT ENTERTAINMENT
Attn: Leonard E. Zedeck, Registered Agent
14807 W. Dixie Highway
North Miami Beach, FL  33160



FILED BY ___ D.C.
04 APR -9 PM 4:22
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL - MIAMI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MICHAEL L. METZNER, ESQ.
MICHAEL L. METZNER, P.A.
1515 S. FEDERAL HIGHWAY
SUITE 211
BOCA RATON, FL  33432

APR 1 3 2004

Rec'd in MIA Dkt _____

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Clarence Maddox**                                         APR 0 9 2004
CLERK                                                       DATE

_[signature]_
(BY) DEPUTY CLERK

4

AO 440 (Rev. 10/2002) Summons in a Civil Case (Reverse)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (*specify*): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
               Date                         Signature of Server

                                            _____
                                            Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.