FILED by _____ D.C.
INTAKE
JUN 04 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE NAKED TRUTH, II, INC. an administratively dissolved Florida Corporation, d/b/a ANGEL'S ADULT ENTERTAINMENT; and MICHAEL BILOTTI, Individually, d/b/a ANGEL'S ADULT ENTERTAINMENT,<br><br>Defendants. | Civil Action No.: 04 20847 CIV HOEVELER |

## NOTICE OF SETTLEMENT

The Parties have reached a settlement of the lawsuit, which will, among other things, result in the filing of a voluntary dismissal with prejudice. Accordingly, in lieu of submitting a scheduling report, counsel for Plaintiff shall file the appropriate notice of dismissal with the Court upon receipt of Defendants' settlement funds, which are due on or before June 13, 2004.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Settlement has been furnished via facsimile and U.S. Mail on this 1st day of **June, 2004** to the following: Richard

-1-

KingVision Pay-Per-View Corp., Ltd. v. The Naked Truth, et al.
04 20847 CIV HOEVELER
Notice of Settlement

H. Bergman, Esq., Bergman & Jacobs, PA, 515 East Las Olas Boulevard, 4th Floor, Fort Lauderdale, FL 33301, Facsimile: (954) 765-7571.

BY: _____
Michael L. Metzner, Esq.
MICHAEL L. METZNER, P.A.
Florida Bar No.: 0032750
1515 S. Federal Highway
Suite 211
Boca Raton, FL 33432
Telephone: (561) 482-3636
Facsimile: (561) 482-3959

Attorneys for KINGVISION PAY-PER-VIEW CORP., LTD.

F:\Susanne\OC\Notices of Settlement\Angels.wpd