IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD., a Delaware Corporation, | Civil Action No.: 04-20847 CIV-HOEVELER |
| Plaintiff, | |
| v. | |
| THE NAKED TRUTH, II, INC. an administratively dissolved Florida Corporation, d/b/a ANGEL'S ADULT ENTERTAINMENT; and MICHAEL BILOTTI, Individually, d/b/a ANGEL'S ADULT ENTERTAINMENT, | |
| Defendants. | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1), the Plaintiff, KINGVISION PAY-PER-VIEW CORP., LTD., by and through the undersigned attorney, files this Notice of Dismissal with prejudice against Defendants, THE NAKED TRUTH, II, INC. an administratively dissolved Florida Corporation, d/b/a ANGEL'S ADULT ENTERTAINMENT; and MICHAEL BILOTTI, Individually, d/b/a ANGEL'S ADULT ENTERTAINMENT,

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Dismissal With Prejudice has been furnished via U.S. Mail on this **24th** day of **June, 2004** to the following: Richard

KingVision Pay-Per-View Corp., Ltd. v. Angels, et al.
Civil Action No.: 04-20847 CIV-HOEVELER
P's Notice of Dismissal With Prejudice

H. Bergman, Esq., Bergman & Jacobs, P.A., 515 East Las Olas Boulevard, 4th Floor, Fort Lauderdale, FL 33301.

        Respectfully submitted,

By: _____
Michael L. Metzner, Esq.
MICHAEL L. METZNER, P.A.
Florida Bar No.: 0032750
1515 S. Federal Highway
Suite 211
Boca Raton, Florida 33432
Telephone: (561) 482-3636
Facsimile: (561) 482-5414

Attorney for Plaintiff, KINGVISION PAY-PER-VIEW CORP., LTD.

F:\Susanne\OC\Notices of Dismissal With Prej\Angels.wpd