Kingvision Pay-Per-V v. Naked Truth II, Inc., et al                                                                                        Doc. 7
Case 1:04-cv-20847-WMH   Document 7   Entered on FLSD Docket 06/30/2004   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

JUN 29 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| | |
|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD., a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| THE NAKED TRUTH, II, INC. an administratively dissolved Florida Corporation, d/b/a ANGEL'S ADULT ENTERTAINMENT; and MICHAEL BILOTTI, Individually, d/b/a ANGEL'S ADULT ENTERTAINMENT, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Civil Action No.: 04-20847 CIV-HOEVELER

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties stipulation, all pending, non-adjudicated claims of this action are hereby dismissed as to all Defendants, with prejudice.

DONE AND ORDERED this 29th day of June, 2004.

_____
The Honorable William M. Hoeveler
UNITED STATES DISTRICT COURT JUDGE

**COPIES FURNISHED**:

Michael L. Metzner, Esq.
Michael L. Metzner, P.A.
1515 S. Federal Highway
Suite 211
Boca Raton, FL 33432

Richard H. Bergman, Esq.
Bergman & Jacobs, P.A.
515 East Las Olas Boulevard
4th Floor
Fort Lauderdale, FL 33301
F:\Susanne\OC\Orders of Dismissal With Prej\Angels.wpd